91 F.3d 128
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William Thomas BARNES; James Carl Richardson, Plaintiffs-Appellants,
v.
Franklin E. FREEMAN, Jr; Gary T. Dixon, Defendants-Appellees,
and
Deborah ADLES, Defendant.
 No. 96-6129.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 28, 1996.
Decided July 18, 1996.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-94-193-5-F)
 William Thomas Barnes, James Carl Richardson, Appellants Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 AFFIRMED.
 Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Barnes v. Freeman, No. CA-94-193-5-F (E.D.N.C. Dec. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED